UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALICE R. ARENSBERG,
                      Plaintiff,

-against-

WHOLE FOODS MARKET GROUP, INC.
                      Defendant.
------------------------------------------------------------X

24 Civ. 3054 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Amended Case Management Plan at Dkt. No. 17 scheduled a pre-motion conference for December 18, 2024, at 4:10 P.M. It is hereby

**ORDERED** that the December 18, 2024, pre-motion conference is **ADJOURNED** to **February 19, 2025, at 4:10 P.M.** The conference will be telephonic and will be held on conference line (855) 244-8681, access code: 23111938649. The parties' attention is particularly directed to the provision for the need for a pre-motion letter to avoid cancellation of the pre-motion conference and setting of a trial date.

Dated: December 12, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**